IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:07CR363 |
| GREGORY S. DREHER, | ) | **ORDER** |
| Defendant. | ) | |

    Before the court is defendant's Motion to Withdraw [27] his Motion to Suppress [15].  The motion will be granted and the Motion to Suppress [15] is deemed withdrawn.  The evidentiary hearing scheduled for January 23, 2008 is hereby cancelled.

    IT IS SO ORDERED

    DATED this 23rd day of January, 2008.

                                   BY THE COURT:

                                   s/ F.A. Gossett
                                   United States Magistrate Judge